# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**AMANDA THOMPSON RAINEY**                                                              **PLAINTIFF**

**VS.**                                                            **CAUSE NO. 3:09-CV-646-DPJ-JCS**

**USA INSURANCE COMPANY**                                                    **DEFENDANT**

## AGREED ORDER GRANTING MOTION FOR CHANGING OF VENUE
## AND DENY MOTION TO DISMISS

Upon the Defendant, USA Insurance Company ("USA"), having filed a Motion to Change Venue and a Motion to Dismiss for lack of venue wherein this Court has been informed that all parties have agreed that an Order should be entered granting the Motion to Change Venue and denying the Motion to Dismiss as moot, and the Court having determined that said motion is well taken and should be, and hereby is, granted in part and denied in part;

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. The current case be transferred to the Hattiesburg Division to be litigated; and

2. The Defendant's Motion to Dismiss is denied as moot.

**SO ORDERED AND ADJUDGED** this the 30th day of November, 2009.

                                                                           s/ *Daniel P. Jordan III*
                                                                          UNITED STATES DISTRICT JUDGE

PRESENTED BY:

By: /s Thomas E. Vaughn
       THOMAS E. VAUGHN (MSB # 6606)
       Attorney for Defendant


       /s Nick Norris
       NICK NORRIS (MSB #101574)
       Attorney for Plaintiff